MICHAEL F. DOYLE, Respondent, *v.* ERWIN TILLOTSON et al., Appellants.

*Doyle* v. *Tillotson*, 126 App. Div. 922, affirmed.
(Submitted December 8, 1910; decided January 3, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered

June 4, 1908, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to establish title to certain premises and to restrain the cutting of timber thereupon.

*C. S. Mereness* for appellants.

*George S. Reed* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ. Absent: WERNER, J.